```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 18318
   LOTTIE BARNES
                                                 CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-2167


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 10/05/2007 and was not confirmed.

     The case was dismissed without confirmation 11/19/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
CODILIS & ASSOCIATES      NOTICE ONLY      NOT FILED            .00          .00
WELLS FARGO FINANCIAL IL  UNSECURED          2860.69            .00          .00
AMERICAS SERVICING COMPA  CURRENT MORTG          .00            .00          .00
AMERICAS SERVICING COMPA  SECURED NOT I          .00            .00          .00
GMAC MORTGAGE             SECURED NOT I          .00            .00          .00
GMAC MORTGAGE             SECURED NOT I    113777.14            .00          .00
CITY OF CHICAGO           SECURED NOT I    NOT FILED            .00          .00
PRO SE DEBTOR             DEBTOR ATTY           .00                          .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00


           Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          ---------------       ---------------
TOTALS                        .00                     .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 18318 LOTTIE BARNES